**Electronically Filed
Supreme Court
SCWC-18-0000106
17-JUL-2019
09:09 AM**

SCWC-18-0000106

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

COCO PALMS HUI LLC,
Respondent/Plaintiff-Appellee,

vs.

NOA MAU-ESPIRITO and CHARLES D. HEPA,
Petitioners/Defendants-Appellants,

and

KAIPOLANI MAU-ESPIRITO, also known as KA-IPOLANI MAU-ESPIRITO,
Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000106; CASE NO. 5RC-17-1-0463)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants Noa Mau-Espirito and Charles Hepa's Application for Writ of Certiorari, filed on June 24, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 17, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

